# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SHAFFER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC., a corporation; and DOES 1 – 50,<br><br>Defendants. | Case No.: 3:17-cv-01431-H-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10] |

On November 30, 2017, the parties filed a joint motion to dismiss this case with prejudice. (Doc. No. 10.) The Court grants the motion and dismisses the case with prejudice. Each party shall bear its own costs, expenses, and attorney's fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: November 30, 2017

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT